# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 11, 2016**

| | | |
|---|---|---|
| CAAP–12–00 00582 | Mokiao v. Attractions Hawaii | Affirmed |

**January 19, 2016**

| | | |
|---|---|---|
| CAAP–15–00 00059 | K.P., In re | Affirmed |

**January 21, 2016**

| | | |
|---|---|---|
| CAAP–12–00 00870 | Association of Condominium Homeowners of Tropics at Waikele v. Sakuma | Dismissed |
| SCWC–13–0005 232 | State v. Cheek-Enriques | Vacated and Remanded |

**January 22, 2016**

| | | |
|---|---|---|
| CAAP–14–00 01136 | Ortiz v. State | Affirmed |